HIGBIE v. HEATH *et al.*, appellants.

*Interest — compound interest — rules for computing — certificate annexed to case.*

The court will not enforce a contract for the payment of compound interest ; but if the debtor pays it voluntarily, it cannot be recovered back. *Mowry* v. *Bishop*, 5 Paige, 98.

When there is no certificate annexed to a case, stating that the latter contains the whole evidence, the court cannot say that a particular finding is not supported by the evidence. On the contrary, it must find that it is.

APPEAL by the defendant Moses Petrie from a judgment entered upon the findings of the judge before whom the action was tried without a jury.

The action was brought by William Higbie against Gaylord Heath and others, to foreclose a mortgage originally given to executors, and assigned to the plaintiff.

*O. O. Cottle*, for appellant.

*G. W. Smith*, for respondent.

MULLIN, P. J.

The points passed upon are given in the head-note, and it is not believed necessary to publish the opinion in full.

*Judgment affirmed upon condition that plaintiff gives stipulation, etc.*